**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7641

KEITH MICHAEL BROWN,

            Plaintiff – Appellant,

      v.

GENE M. JOHNSON, Director,

            Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (2:10-cv-00501-RBS-DEM).

Submitted:  January 18, 2011          Decided:  January 28, 2011

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keith Michael Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Michael Brown appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint for failure to state a claim under 28 U.S.C. § 1915A(b)(1) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Johnson, No. 2:10-cv-00510-RBS-DEM (E.D. Va. Oct. 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED